B 2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Western District of Virginia

| | | |
|---|---|---|
| In re: Robert Edward Witt, Jr.<br>Debtor | ) ) ) ) ) | Case No.    18-51025<br>Chapter    13 |
| Robert Edward Witt, Jr.<br>Plaintiff<br>v.<br>Partners For Payment Relief DE II, LLC<br>Defendant | ) ) ) ) ) ) ) ) | Adv. Proc. No.    19-05004 |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of clerk:    James W. Reynolds, Clerk of Court
U. S. Bankruptcy Court
210 Church Ave, SW
Roanoke, VA 24011

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:    David E. Wright
Cox Law Group, LLC
900 Lakeside Drive
Lynchburg, VA 24501

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The motion or answer to the complaint shall contain a statement that the defendant does or does not consent to entry of final orders or judgment by the bankruptcy court.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

James W. Reynolds (Clerk of the Bankruptcy Court)

By: /s/Ginger Rose
(Deputy Clerk)

Date:    March 6, 2019

B 2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, **DAVID WRIGHT** (name), certify that service of this summons and a copy of the complaint was made **3/11/19** (date) by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: **SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **3/11/19**        Signature _____

Print Name: **DAVID WRIGHT**

Business Address: **900 LAKESIDE DR**
**LYNCHBURG VA 24501**

## Service List

Partners for Payment Relief DE II, LLC / GMAC Mortgage LLC
920 Cassatt Road, Suite 210
Berwyn, PA 19312

Partners for Payment Relief DE II, LLC
Atten: David Van Horn, President, Manager, and Director
3748 West Chester Pike, Suite 103
Newtown Square, PA 19073

Partners for Payment Relief DE II, LLC
Atten: William H. Casterline, Jr., Substitute Trustee
4020 University Drive, Suite 300
Fairfax, VA 22030

Partners for Payment Relief DE II, LLC
Atten: James R. Meizanis, Jr., Substitute Trustee
4020 University Drive, Suite 300
Fairfax, VA 22030

Partners for Payment Relief DE II, LLC
Atten: Jeffrey A. Ward, Substitute Trustee
129 N Wayne Avenue
Waynesboro, VA 22980

MERS
P O Box 2026
Flint, MI 48501-2026

GMAC Mortgage, LLC aba Ditech
3200 Park Center Drive, Suite 150
Costa Mesa, CA 92626